■ In the Matter of ALLSTATE INSURANCE COMPANY, Respondent, v ANTONIA FARRAUTO et al., Appellants. [631 NYS2d 541] —Appeal by Antonia and Giuseppe Farrauto from an order and judgment (one paper) of the Supreme Court, Queens County (Kassoff, J.), dated March 3, 1994.

Ordered that the order and judgment is affirmed, with costs, for reasons stated by Justice Kassoff in his memorandum decision dated March 3, 1994. Sullivan, J. P., Miller, Copertino, Joy and Friedmann, JJ., concur.